```
                               FILED
                    CLERK, U.S. DISTRICT COURT

                         NOV 1 5 2024
                                        Paul
                    CENTRAL DISTRICT OF CALIFORNIA
                    EASTERN DIVISION      BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: **5:24-mj-487** |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| **Christina Ulmer,** | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Southern** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (X) information in the Pretrial Services Report and Recommendation
  (X) information in the violation petition and report(s)
  (X) the defendant's nonobjection to detention at this time
  (X) other: **warrants**

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation
    (X) information in the violation petition and report(s)
    (X) the defendant's nonobjection to detention at this time
    (X) other: warrants

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: November 15, 2024

SHERI PYM
United States Magistrate Judge